1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FREDERICK J WILLIAMS, | CASE NO. 2:23-cv-00599-JHC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MONROE CORRECTIONAL CENTER et al, | |
| Defendants. | |

This matter comes before the Court on what the Court liberally construes as Plaintiff's request for additional time to submit objections to the Report and Recommendation at Dkt. No. 14. Dkt. # 15.[1] Defendants filed no opposition to the request. The Court GRANTS the request. Plaintiff must file any objections, in addition to any submitted at Dkt. # 17, by October 23, 2023. The Court DIRECTS the Clerk to set this matter for consideration on October 27, 2023. The Court STRIKES as moot Plaintiff's motion at Dkt. # 16.

///

///

///

---

[1] Plaintiff titled his requests as "Motion: for an extension of time of 14 days of response to Respondent's answer and memorandum of authorities." Dkt. # 15.

ORDER - 1

Dated this 29th day of September, 2023.

John H. Chun
United States District Judge

ORDER - 2