UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK J WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONROE CORRECTIONAL CENTER et al,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-00599-JHC<br><br>ORDER |

　　　This matter comes before the Court on Petitioner's "Motion: A Request for Counsel." Dkt. # 19. The motion is noted for October 27, 2023, but the Court sees no reason to wait to rule on it. The legal standards that apply to such a motion are set forth in the previous Order Denying Motion to Appoint Counsel and for Extension of Time. Dkt. # 7. The motion neither applies any legal standards nor presents circumstances to meet any applicable standards for the appointment of counsel. Accordingly, the Court DENIES the motion without prejudice.

　　　Dated this 25th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1