UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK J WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>MONROE CORRECTIONAL CENTER et al,<br><br>        Defendants. | CASE NO. 2:23-cv-00599-JHC<br><br>ORDER |

    This matter comes before the Court on Plaintiff's "Motion: For an Attorney." Dkt. # 22. For the same reasons set forth in its order yesterday, Dkt. # 21, the Court DENIES the motion, which is Plaintiff's third seeking appointment of counsel. Plaintiff may not file another such motion unless he in good faith believes it satisfies the legal requirements for such appointment, which standards the Court has provided. *See* Dkt. # 7.

    Dated this 27th day of October, 2023.

                                                 John H. Chun
                                                 United States District Judge

ORDER - 1