UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK J WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>MONROE CORRECTIONAL CENTER et al,<br><br>        Defendants. | CASE NO. 2:23-cv-00599-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's "Motion: for 30 days extension of time." Dkt. # 23. The motion is unopposed. The Court GRANTS the motion. Plaintiff must file any objections to the Report and Recommendation at Dkt. # 14 by December 4, 2023. The Court DIRECTS the Clerk to re-note this matter—review of the Report and Recommendation—for Friday, December 8, 2023. The Court STRIKES as moot Plaintiff's motion for reconsideration at Dkt. # 25.

Dated this 3rd day of November, 2023.

John H. Chun
United States District Judge

ORDER - 1