UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK J. WILLIAMS,

          Petitioner,

v.

JACK WARNER,

          Respondent.

CASE NO. 2:23-CV-00599-JHC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation (Dkt. No. 14), and the remaining record, does hereby find and ORDER:

(1)     Petitioner did not object to the Report and Recommendation. Petitioner did submit a "Habeas corpus petition Amended Brief" dated December 7, 2023, and filed that day. Dkt. # 27. If Petitioner intended that filing to be an objection, it was untimely. *See* Dkt. # 26 (setting objection deadline for December 4, 2023). And even if that filing were a timely objection, it does not explain how the Report and Recommendation is erroneous in any respect. Accordingly, the Court adopts the Report and Recommendation.

(2)     Petitioner's federal habeas Petition is dismissed with prejudice as untimely.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)  A certificate of appealability is denied in this case.

(4)  The Clerk is directed to send copies of this Order to Petitioner and Judge Leupold.

**DATED** this 11th day of December, 2023.

*John H. Chun*
JOHN H. CHUN
United States District Judge